## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tanya J. McCloskey, Acting Consumer  :
Advocate,                              :
                  Petitioner    :
                                  :
          v.             :      No. 1183 C.D. 2018
                                  :
Pennsylvania Public Utility       :
Commission,                    :
                 Respondent   :

## **O R D E R**

NOW, September 4, 2019, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.

 

                                               
MARY HANNAH LEAVITT,
President Judge